IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00458 EJD |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| MIKE GAMA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance currently scheduled for Monday, May 14, 2012, at 1:30 p.m., shall be continued to Monday, June 4, 2012, at 1:30 p.m.

It is further ordered that 21 days shall be excluded from the calculation of the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for continuity and effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: May  8 , 2012

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Continue Status Hearing
CR 11-00458 EJD                    1