IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00458 EJD |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER CONTINUING FINAL PRETRIAL CONFERENCE |
| vs. | ) | |
| MIKE GAMA, | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the final pretrial conference currently scheduled for Monday, November 5, 2012, shall be continued to Monday, November 19, 2012, at 1:30 p.m.

Dated: October  29 , 2012

_____
HON. EDWARD J. DAVILA
United States District Judge