IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00458 EJD |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) | |
| MIKE GAMA, | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Monday, July 8, 2013, shall be continued to Monday, August 5, 2013, at 1:30 p.m.

Dated: July __2__, 2013

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order Continuing Hearing
CR 11-00458 EJD  1